UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:19-CR-13-HAB |
| | ) | |
| MICHAEL A. MAXEY | ) | |

**SENTENCING SCHEDULING ORDER**
(Revised 4/1/2016)

Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendations issued on May 27, 2021, this matter is SCHEDULED for Sentencing on August 18, 2021, at 10:00 AM before Judge Holly A. Brady. Telephonic Sentencing Status Conference SCHEDULED for August 10, 2021, at 10:30 AM. The Court will initiate the call.  Parties are DIRECTED to file any motions and/or memoranda related to sentencing and/or request for evidentiary hearing either four (4) full business days after the Final Pre-Sentence Report has been submitted or two (2) full business days before the Telephonic Sentencing Status Conference, whichever occurs earlier.  **For any cases involving forfeiture:** By July 19, 2021, **the Government must file a Notice** advising as to the status of any forfeiture proceedings, including whether the Defendant agreed to forfeit the property at issue in a plea agreement, whether criminal forfeiture is still being sought as part of the sentence and judgment or whether, instead, the Government is pursuing civil or administrative forfeiture; the date of any preliminary order of forfeiture; and the status of any third party claims to interest in the property.

| | |
|---|---|
| **Date of Plea or Verdict**: | May 12, 2021 |
| The **Proposed Pre-Sentence Report** Shall be Disclosed to Counsel no Later Than: | July 7, 2021 |
| | (42 Days Before Sentencing) |

**Counsel's Written Objections or Acknowledgment of No Objections** to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**.

The **Pre-Sentence Report** Shall be Submitted to the Court and Disclosed to Counsel no Later Than: August 4, 2021
(14 Days Before Sentencing)

**Notice Advising of Forfeiture Status** to be Filed No Later Than: July 19, 2021
(30 Days Before Sentencing)

**Telephonic Sentencing Status Conference**: August 10, 2021 at 10:30 AM

**Judgment and Sentencing Date**: August 18, 2021 at 10:00 AM
(At Least 70 Days After Plea or Verdict)

SO ORDERED on May 27, 2021.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT