UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:19-CR-13 |
| ) | |
| MICHAEL MAXEY ) | |

**MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, Michael Maxey, by Counsel, Robert W. Gevers, II, and respectfully requests the Court to reset the sentencing in this matter. In support of this request, Counsel states as follows:

1. Sentencing in this matter is currently set for October 21, 2021, at 10:30 a.m.;

2. Counsel for the Defendant and Counsel for the Government discussed the matter and agree there is a need to complete the analysis of the application of certain guideline provisions;

3. A family member of an involved party has contracted COVID-19 and the family has been exposed, further delaying arrangements which should be completed before sentencing occurs;

4. Counsel for the United States, Assistant United States Attorney Anthony Geller, does not object to this continuance;

5. The Defendant, Michael Maxey, has been informed of this motion and has no objection to the Court granting a continuance;

For all of the foregoing reasons, Counsel for the Defendant respectfully requests that the sentencing in this matter be reset for a period of sixty (60) days.

Respectfully Submitted

/s/Robert W. Gevers, II
Robert W. Gevers, II,  No. 8613-02
116 E. Berry Street, Suite 1000
The Lincoln Tower
Fort Wayne, Indiana  46802
Telephone:  (260) 407-7071
ATTORNEY FOR DEFENDANT
EMAIL: dp@geverslaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Motion to Continue Sentencing was served by electronic mail on this 11th day of October, 2021, to:

Anthony Geller
Asst. United States Attorney
United States District Court
anthony.geller@usdoj.gov

/s/Robert W. Gevers, II
Robert W. Gevers, II